No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the unlawful transportation of wine, whiskey and beer in a dry area; the punishment, 20 days in jail and a fine of $150.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

**Albert DIXON, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27290.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

**Lenis HALL, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27289.**

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

